IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| KAYLA MAE | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:25-CV-00451-O |
| | § | |
| WIKIMEDIA FOUNDATION, INC. | § | |
| | § | |
| Defendant. | § | |

# ORDER

Before the Court is the Parties' Joint Mediation Report (ECF No. 20). The filing informs the Court that the Parties have settled their dispute. Accordingly, the Parties are **ORDERED** to file the appropriate settlement papers—a voluntary notice of dismissal under Federal Rule 41(a)(1)(A)(i), a joint stipulation of dismissal signed by all Parties under Federal Rule 41(a)(1)(A)(ii), or an agreed motion with a corresponding proposed order under Federal Rule 41(a)(2)—**no later than March 2, 2026**. All existing deadlines are hereby **STAYED** pending the filing of appropriate settlement papers by the Parties. If the Parties do not file the appropriate settlement papers by the assigned date, or if further proceedings become necessary, the Parties should immediately file a joint status report with the Court.

SO ORDERED on this **30th day** of **January, 2026**.

_Reed O'Connor_
**CHIEF UNITED STATES DISTRICT JUDGE**